IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEWAYNE HARDIN and CARROT LEWIS, | § § § |
| Plaintiffs, | § |
| vs. | §   Civil Action No. 3:15-CV-2718-K |
| | § |
| CITY OF LANCASTER, | § |
| | § |
| Defendant. | § |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant City of Lancaster's Rule 12b(1) and 12b(6) Motion to Dismiss is* **GRANTED**. By separate judgment, all of the plaintiff's claims against City of Lancaster **are DISMISSED** without prejudice for want of subject matter jurisdiction.

SO ORDERED.

**Signed January 12th, 2017.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE